IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

2006 FEB 10 P 2: 46

RALPH L. DELOACH
CLERK
BY MB DEPUTY
AT TOPEKA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>MICHAEL GULLION, )<br> )<br>Defendant. )<br>_____ ) | No. 06-40019-01-JAR |

## INFORMATION

The United States Attorney charges that:

Count 1

On or about November 8, 2000, in the District of Kansas, the defendant,

MICHAEL GULLION,

being an officer, director, and employee of Gold Bank, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation, with intent to defraud Gold Bank, willfully misapplied, embezzled, and abstracted the sum of approximately $1,000,000.00 of the moneys, funds, and credits of Gold Bank intrusted to the custody and care of Gold Bank and the defendant, in that the defendant directed a vice president at Gold Bank to draft a cashier's check in the amount of $1,000,000.00 made payable to NHM, LLC for the earnest deposit to purportedly purchase real estate in Johnson County, Kansas, but the cashier's check was deposited into the defendant's brokerage account with A.G. Edwards & Sons, Inc., and the funds deposited into the defendant's brokerage account were used to pay down the defendant's line of credit with another financial

institution and for other personal expenses of the defendant.

This was all in violation of Title 18, United States Code, Section 656.

### Count 2

On or about May 4, 2001, in the District of Kansas, the defendant,

MICHAEL GULLION,

being an officer, director, and employee of Gold Bank, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation, with intent to defraud Gold Bank, willfully misapplied, embezzled, and abstracted the sum of approximately $900,000.00 of the moneys, funds, and credits of Gold Bank intrusted to the custody and care of Gold Bank and the defendant, in that the defendant caused to be deposited into his personal account at Gold Bank a check made payable to Gold Bank, which was intended to be a refund for excess funds the defendant had directed to be submitted for the purchase of real estate on behalf of Gold Bank, because the defendant had created a false and fictitious closing statement to make Gold Bank personnel believe the real estate was purchased for $ 4.4 million, rather than the actual purchase price of $ 2.4 million, and the defendant used the funds for personal expenditures.

This was all in violation of Title 18, United States Code, Section 656.

ERIC F. MELGREN
United States Attorney

*/s/ Richard L. Hathaway*
RICHARD L. HATHAWAY
Senior Litigation Counsel
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
(785) 295-2850 (phone)
(785) 295-2833 (fax)
Ks. S. Ct. No. 07767